AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| KATHLEEN C. CAMPBELL, <br> *Plaintiff* <br> v. <br> THE WALT DISNEY COMPANY, et al. <br> *Defendant* | Civil Action No. CV-09-03005 HRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pixar Animation Studios
1200 Park Avenue
Emeryville, California 94608

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathleen C. Campbell
207 West Los Angeles Avenue, # 273
Moorpark, California 93021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT 2 8 2009

Tiffany Salinas-Harwell

*Signature of Clerk or Deputy Clerk*