1   LOUIS P. PETRICH (State Bar No. 38161)
    ABIGAIL A. JONES (State Bar No. 122027)
2   ELIZABETH L. SCHILKEN (State Bar No. 241231)
    LEOPOLD, PETRICH & SMITH, P.C.
3   2049 Century Park East, Suite 3110
    Los Angeles, California 90067-3274
4   Tel: (310) 277-3333 • Fax: (310) 277-7444
    E-Mail: lpetrich@lpsla.com; ajones@lpsla.com;
5   eschilken@lpsla.com

6   JEFFREY R. WILLIAMS (State Bar No. 84156)
    VICTORIA HARTANTO (State Bar No. 259833)
7   SCHIFF HARDIN LLP
    One Market, Spear Street Tower, 32nd Fl.
8   San Francisco, California 94105
    Tel: (415) 901-8700 • Fax: (415) 901-8701
9   E-Mail: jrwilliams@schiffhardin; vhartanto@schiffhardin.com

10  Attorneys for Defendants
    The Walt Disney Company, Walt Disney Pictures (sued herein
11  as Walt Disney Animation Studios and as Walt Disney Feature
    Animation), Disney Book Group, LLC (sued herein as Disney
12  Press), Disney Enterprises, Inc. and Pixar (sued herein as Pixar
    Animation Studios)
13

14              **UNITED STATES DISTRICT COURT**

15                   **NORTHERN DISTRICT**

16                   **SAN JOSE DIVISION**

17  KATHLEEN C. CAMPBELL,              **CASE NO.: CV-09-03005 JW**

18              Plaintiffs,            **REQUEST FOR JUDICIAL NOTICE
                                       IN SUPPORT OF DEFENDANTS'
19  v.                                 MOTION TO DISMISS**

20  THE WALT DISNEY COMPANY;          [Notice of Motion and Motion to Dismiss
    WALT DISNEY ANIMATION             and Memorandum of Points and
21  STUDIOS; DISNEY PRESS; WALT       Authorities filed concurrently; Notice of
    DISNEY FEATURE ANIMATION;         Lodging, Appendix, and Proposed Order
22  WALT DISNEY PICTURES; DISNEY      lodged concurrently.]
    ENTERPRISES; PIXAR ANIMATION
23  STUDIOS, and DOES 1-20,          **CTRM:**  8
                                      **DATE:**  March 29, 2010
24              Defendants.           **TIME:**  9:00 a.m.

25

26

27

28

USDC CASE NO.: CV-09-03005 JW

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

17860.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rules of Evidence 201(b) and (d), The Walt Disney Company, Walt Disney Pictures (sued herein as Walt Disney Animation Studios and as Walt Disney Feature Animation), Disney Book Group, LLC (sued herein as Disney Press), Disney Enterprises, Inc., and Pixar (sued herein as Pixar Animation Studios) (collectively, "Defendants") respectfully request this Court to take judicial notice of the following documents:

(a)    A true and correct copy of the DVD of the animated motion picture *Cars*, which is attached to the accompanying Notice of Lodging as Exhibit A; and

(b)    A true and correct photocopy of a certified copy of copyright registration number TXu 968-175, along with a true and correct copy of Plaintiff's screenplay entitled *The Challenge* that was deposited in the Copyright Office with that registration application, both of which are attached hereto and to the accompanying Notice of Lodging as Exhibit B. Defendants will bring the original certified copy of Plaintiff's registration and accompanying deposit materials to the March 29, 2010 hearing of Defendants' Motion to Dismiss.

### DEFENDANTS' REQUEST SHOULD BE GRANTED BECAUSE IN COPYRIGHT CASES JUDICIAL NOTICE IS PROPERLY TAKEN OF WORKS WHOSE CONTENTS ARE ALLEGED IN THE COMPLAINT

Federal Rule of Evidence 201(b) provides that facts are subject to judicial notice when they are "not subject to reasonable dispute in that [they are] … capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence 201(d) states that "A court shall take judicial notice if requested by a party and supplied with the necessary information."

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

17860.doc

1     On a motion to dismiss, a court may take judicial notice of documents outside

2 the pleadings when the documents are referenced in the complaint. "[D]ocuments

3 whose contents are alleged in a complaint and whose authenticity no party questions,

4 but which are not physically attached to the pleading, may be considered in ruling on a

5 Rule 12(b)(6) motion to dismiss. Such consideration does 'not convert the motion to

6 dismiss into a motion for summary judgment.'" *Branch v. Tunnell*, 14 F.3d 449, 454

7 (9th Cir. 1994), *overruled on other grounds by Galbraith v. County of Santa Clara*,

8 307 F.3d 1119 (9th Cir. 2002); *Knievel v. ESPN*, 393 F.3d 1068, 1076-1077 (9th Cir.

9 2005) ("incorporation by reference" doctrine permits courts to consider "documents

10 whose contents are alleged in a complaint and whose authenticity no party questions"

11 on a motion to dismiss) (quoting *Branch*); *Zella v. E.W. Scripps Co.*, 529 F.Supp.2d

12 1124, 1128 (C.D. Cal. 2007).

13     Courts routinely take judicial notice, in copyright cases, of allegedly infringed

14 and infringing works when evaluating substantial similarity on a motion to dismiss,

15 because the documents alleged in the complaint are deemed incorporated by reference

16 and treated as a part of the pleading. *Zella*, 529 F.Supp.2d at 1128 (taking judicial

17 notice of episodes of allegedly infringing *Rachael Ray* cooking show); *Thomas v.*

18 *Walt Disney Co.*, 2008 WL 425647, *2, n.1 (N.D. Cal.) (taking judicial notice of

19 plaintiff's copyrighted literary work "Squisher the Fish" and allegedly infringing

20 motion picture *Finding Nemo*); *Capcom Co., Ltd. v. MKR Group*, Inc., 2008 WL

21 4661479, *3 (N.D. Cal.) (taking judicial notice of motion picture *George A. Romero's*

22 *Dawn of the Dead* and allegedly infringing video game *Dead Rising*).

23     Here, as Plaintiff has alleged the contents of *Cars* and *The Challenge* in her

24 Complaint, judicial notice is warranted. *E.g.*, Complaint ¶¶ 10, 13. The two

25 documents and their contents, identified above, are not subject to reasonable dispute

26 and are capable of accurate and ready determination by resort to sources whose

27 accuracy cannot reasonably be questioned.

28

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

17860.doc

1         Accordingly, Defendants respectfully request that the Court take judicial notice

2    of Exhibits A (*Cars* DVD) and B (*The Challenge* screenplay).

3

4

5    DATED:  January 7, 2010

6    LOUIS P. PETRICH
     LEOPOLD, PETRICH & SMITH

7    A Professional Corporation
     Attorneys for Defendants The Walt

8    Disney Company, Walt Disney Pictures
     (sued herein as Walt Disney Animation

9    Studios and as Walt Disney Feature
     Animation), Disney Book Group, LLC

10   (sued herein as Disney Press), Disney
     Enterprises, Inc. and Pixar (sued herein as

11   Pixar Animation Studios)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

USDC CASE NO.: CV-09-03005 JW

3

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

17860.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A
## (DVD Copy of *CARS*)

## (This DVD is being lodged with the Court; see Defendants' Notice of Lodging, Exhibit A)

USDC CASE NO.: CV-09-03005 JW

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

17860.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B – PART 1
## (Photocopy of Certified Copy of Copyright Registration No. TXu 968-175)

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

USDC CASE NO.: CV-09-03005 JW

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

17860.doc



*LIBRARY OF CONGRESS*

## Copyright Office of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached photocopy is a true representation of the work entitled **THE CHALLENGE** deposited in the Copyright Office with claim of copyright registered under number **TXu 968-175**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on December 16, 2009.

Marybeth Peters
Register of Copyrights

Rosemary J. Kelly
Head
Records Research and
Certification Section
Information and Records
Division

Use of this material is governed by U.S. Copyright Law 17 U.S.C. 101 seq.





TXu 968 – 175

LIBRARY OF CONGRESS
AUG 1 7 2000
COPYRIGHT OFFICE

# The Challenge

by

Kathleen Cory Campbell



EXT. BAJA, MEXICO - DAWN

In the pristine beauty of a remote region, a lone bird
song, a single wildflower and a sleeping lizard seem to
be the only signs of life in an immense, uninhabited
silence.

Suddenly, with a deafening roar and massive cloud of
dust, a crowd of 4-wheel drive and off-road vehicles
race into view.

                    VOICE OVER
          ...we're here in the Baja Peninsula for
          the famous Baja 1000 -- the annual one
          thousand mile race over some of the
          world's most rugged terrain --


A vehicle going up a 75 degree rock grade. Front tires
rise up too high on a boulder, and vehicle tumbles front
over back down the precipice, lands on its roof and
bursts into flames.


                    VOICE OVER
          Oh, no! He's fallen! He's on fire! Can he
          make it out alive --


INT. ELECTRONICS STORE - NIGHT

Pull back from the burning car to see dozens of
identical cars ablaze on rows of TV at an electronics
store, with the ESPN logo in the corner of the screen.

Seventeen-year-old ADAM NOBLE is riveted by the TV
picture as he sits on a stool, soda in hand, 4x4
magazine open across his lap.

The young man is visibly affected by what he is
watching.

ADAM is a handsome, healthy-looking, California-type
guy, with obvious intelligence and sensitivity in his
face.

ADAM wears blue Levis, a white T-shirt, and braided
leather belt, as he does in every scene. Over the T-
shirt he wears a loose, cotton Mexican "peasant" shirt.

His tie is a Guatemalan hand-weave in luminous shades of
blue and purple reminiscent of mountains, sea and sky.
On his feet are Mexican woven, leather sandal-shoes.

                 STORE MANAGER
    Hey, kid! Your break was over 3 minutes
    ago! You wanna keep this job?

                 ADAM
    Yessir.

                 STORE MANAGER
    Then stop dreamin' and go help those
    customers!

The electronics store is a cacophony of noise and
activity (in contrast to the opening peacefulness of the
Baja desert): a different TV show blasts from more TVs
on the wall opposite the Baja scene TVs. Stereos screech
out several different tunes and pagers beep. Throngs of
customers wait impatiently in line, compete for
salespeople's assistance.

                 OBNOXIOUS TEEN
    That's the car phone I want -- the $550
    one.

                 RICH DAD
    What's it take to get someone to open
    this case for us so we can see it?

                 ADAM
    I'll get that for you, sir...

                 MOM IN
                 OBNOXIOUS
                 FAMILY
    Jonathan, you just bought the most
    expensive CD player for your new car. Do
    you really need such an expensive phone?

                 OBNOXIOUS TEEN
    Mo-ah-m, a CD player and a phone are two
    different things --

                 RICH DAD
    Nancy, he's got the 'Vette, the Alpine,
    he needs the Motorola --

                    ADAM
          (to Obnoxious, softly)
          You shouldn't talk to your mom like that.

                    OBNOXIOUS TEEN
          Whatareyou, my guidance counselor? I talk
          to her however I want, Peon.

                    RICH DAD
          Where do you get off telling my son what
          to do? He's worth more in a day than
          you'll earn in ten years!

                    ADAM
          That may be, sir, but you couldn't pay me
          enough to put up with this --

Adam hands him the phone and walks out of the store.

                    STORE MANAGER
          Hey, kid, kid!  We're in the middle of
          Memorial Day Weekend Midnight Madness --
          you can't bail now!

                    ADAM
          Yes, I can.

                    STORE MANAGER
          I thought you needed this job!

                    ADAM
          Yeah. But, I don't need anything or
          anyone that bad...

                    STORE MANAGER
          Kid, Kid, wait --

EXT. PARKING LOT - NIGHT

Adam is already out the doors and in the parking of the
mall store.

                    ADAM
          I'll show em.  I'll show em all --
          They'll see who Adam Noble really is.


An unsavory homeless person falls on Adam.

                    HOMELESS
          Can ya help me out with a quarter, pal?
          Just got evicted, no money for food...

    Adam sympathetically hands him a coin without stopping.


                    ADAM
          (under breath) You and me both, friend.

    Adam heads toward his falling-apart jalopy. Parked next
    to Adam's clunker is Obnoxious' brand new Corvette
    (still has dealer's name instead of license plate).

    Two teenagers are stealing the rims from the Covette.
    They duck down and hide behind 'Vette when Adam
    approaches.

    Adam puts the key in the door of his falling-apart
    jalopy. ADAM strips off his tie and shirt (leaving him
    in a white T-shirt) and throws them into the backseat of
    his car, on top of the books The Outsiders, Journey to
    Ixtla, and a Jack Kerouac road book.

    Adam puts in a cassette and starts up the old, on-its-
    last-legs vehicle. It makes an ominous clunking sound.

    When Adam chugs off, the teen thieves stand up again,
    proceed to the 'Vette remove rims, and run off with
    them.


    EXT. A BUSY STRIP MALL STREET - NIGHT

    It's 11 PM on a *typical* Saturday night buzzing with
    danger. Recklessly speeding youths in souped-up cars
    dart in and out of lanes and run red lights, with near-
    collisions every block. Groups of hunched, threatening-
    looking youths mill on corners with rap music blasting.


    Adam listens to song on tape deck as he drives, but tape
    deck breaks and song goes dead. ADAM hits tapedeck and
    shakes head with wry, bemused smile.

    ADAM's car is still making awful noise.

> ADAM
> Come on, car, just a few more miles,
> let's get home...

Stopped at a light, the car sputters and dies.  A gang
of five teens crosses street in front of Adam, flaunting
tire irons, guns in pants pockets. One starts tapping
Adam's car with a metal stick, staring at Adam through
front window to see what he'll do.

> ADAM
> Stay cool, man. I don't want any trouble.

Adam rolls up his window and locks doors. Adam grinds
the ignition over and over. One of the gang comes to
Adam's side window, irritated by Adam's apparent calm.
The gang member plasters his face against the side
window.

> GANG MEMBER
> Motherfucker, motherfucker!

Adam still ignores the face flattened and distorted
against his side window, spewing obscenities. The car
starts again, Adam urges it on.

> ADAM
> Don't die now...

Gang member whacks car with loud bang, Adam jumps, gang
member saunters off across street with friends.

Adam looks at light ready to change to green, puts stick
in first gear, ready to go, hears engine revving loudly
beside him.

> LOW-RIDER
> Nice car, man...

Adam looks to side and sees low-riding, classic, perfect
purple 1964 convertible Impala. Several African-American
youths in car glance furtively toward Adam and rev
motor again and again, the signal they want to race.

                    ADAM
          (Laughing to self with disbelief) God,
          this is gettin' old.

Adam starts hitting the tape deck, it comes on again.
The low-riders rev some more and screech off as light
changes.

                    ADAM
          (Half-amused, half-serious) I gotta get
          outta this town.

At the next red light, a brand new Dodge Ram truck pulls
up beside Adam.

This vehicle is raised up an extra 8" with a lift kit,
and driven by CRAIG SMART, with ANGELA and ZACK inside,
all well-dressed, Preppy-looking kids. ANGELA is a
sixteen-year-old Latino beauty, waist-long, wavy hair,
very tall, slender and graceful as a reed in the wind.
Craig's a well-built jock, and Zack is small-framed with
tight curly hair and bad acne.

This is the *American Graffiti* scene of 1994: Valley Town
on a TYPICAL night in multi-cultural America, and ANGELA
is today's Suzanne-Somers-girl-in-the-car.

                    CRAIG
          Hey, Noble, wanna race! Ha, ha, ha!

                    ADAM
          (With the same strained aplomb he has
          maintained throughout this scene) How
          clever, how original you are, Mr. Smart!
          No one's ever made fun of my car before.

                    CRAIG
          Huh?

                    ZACK
          C'mon, Stud! We'll give you a thrill --
          show you 0 to 60 in 5.

                    ADAM
          Dream on...

                        CRAIG
        Never mind, Zack. He's no fun --

                        ZACK
        --Neither was his mom last night--

After striving to maintain a detached, humorous
perspective about the events of the night so far, Adam
suddenly breaks his cool and explodes in fury.

                        ADAM
                        (furious)
        Don't you ever mention my mother--

                        CRAIG
        --he's just a loser--

                        ADAM

        (*Finally*, popping a gasket at the word
        "loser") You wanna see "loser"? It's your
        ass--


Adam, enraged, takes off like a bolt ahead of the Ram as
the light changes. The two vehicles jockey to get past
the rest of the traffic travelling at 35 mph. Adam's
subcompact has the advantage of size for moving in and
out of lanes around slower cars. Adam smiles as the Ram
can't get through the traffic and gets stopped by a red
light.

The Ram turns into the deserted parking lot of a mall
and starts racing parallel to Adam, leaving him a block
behind. Adam turns into the lot, also, and pursues the
truck, as a hubcap from his car clatters to the ground
and rolls. The Ram disappears behind stores into a
field, with Adam in pursuit.

The hubcap rolls a long way, up beside a police car
parked in the lot where a lone officer is looking down
writing, concentrating. The clanging, as the hubcap
falls, causes the officer to look up and see Adam
speeding at the far end of the mall,then disappearing
around the corner. The black female officer follows
slowly.

In the empty lot behind the stores are trenches where
some construction work for pipes has begun, mountains of

dug-out dirt and loose rocks. The Ram, built for this
kind of terrain goes up a dirt mountain, flying over the
trench, bouncing up and down over the rocks. Adam
follows, his car unable to get up the dirt hill.

Craig and Zack are leaning out the truck windows
watching Adam and laughing. Angela is being jostled
around in the middle of the seat and is not at all
amused. Adam gives up on the dirt hill and goes around,
hits the trench and can't cross it. He finds his way
around the trench, and there is a terrible noise as the
bottom of his car hits a large rock.

> ANGELA
> Will you stop! You're gonna wreck his
> car...

Now the truck hits a muddy area, where water pipes have
flowed into all the loose dirt. The Ram, with its high
suspension, plows through with mud spraying up on either
side and the boys are whooping with glee. As Adam
follows them, his car sinks into the mud pit.

Adam gets out, sunk in the mud himself, tries pushing
his car out in vain. He slips and falls, is covered with
mud -- hair, face, everywhere.

**Craig, Zack and ANGELA get out of Ram**, boys are
doubled over laughing and pointing at him.

> ANGELA
> Guys! Go help him!

> ZACK
> Look at him! Did you ever see such a
> major loser!

> ANGELA
> Well, if you won't, I will.

ANGELA starts through mud to help ADAM push car.
ANGELA's long, slim legs stride forcefully, exhibiting
the girl's confident bravado and athleticism. She looks
sensational in her very short, cut-off jeans.

> CRAIG
> Oh, he comes from a whole family of
> losers. His dad was a big time race
> driver, but he couldn't even drive on the
> (MORE)

                  CRAIG (cont'd)
      freeway from downtown without killing his
      wife!

A FLASH of bright light across ADAM's face.

In the FLASH, Adam sees a fiery vehicle like he watched
earlier on the store TVs.

The FLASH illuminating Adam's stricken face is actually
the headlights of the police car.


                  CRAIG
      (Grabs Angela and pushes her into truck)
      Let's go!

The truck disappears in the dark.


                  POLICE OFFICER
      What's going on, Son?


EXT. GRAVEL DRIVEWAY AT ADAM'S HOME - NIGHT

A small, but unique redwood and glass house sits on the
bank of a river. Huge Valley Oak trees emerge from the
middle of the home and the decks, as well as surrounding
it. There is no lawn, but the natural setting of smooth
river rocks, boulders, bark and leaves.

A full silver moon hangs low and fat over the river,
framed by silhouettes of the majestic, gnarled trees.

Adam gets out of police car.

                  POLICE OFFICER
      I'll try to keep an eye on your car
      tonight, but I can't make any promises it
      won't get stripped, if I get a call...

                  ADAM
      Thank you, Officer.

                  POLICE OFFICER
      Next time, leave the mud to Baja racers
      and vehicles built for it.

INT. ADAM'S HOUSE - NIGHT

Like the exterior, the interior of the house is an extension of nature. High ceilings, large windows and skylights reveal the river, trees and moon outside. The trunk of the oak tree grows through living room, and walls are all natural wood. An open winding staircase goes to a loft.

Barely noticeable, is a grand piano in one corner, closed, covered with dust and family photographs in frames. Not prominently, hangs a portrait of a lovely blonde woman, in black velvet symphony-dress, with a flute in her lap.

In contrast to the architecture's subtle beauty, the living room is a mess, with chips bags and crumbs, beer cans, newspapers. Laundry baskets of clothes spill onto the floor. The chaotic housekeeping is out of sync with the harmonious design.

The mantel and end tables are crowded with trophies.

The TV is on the same channel as the store TVs: off-road vehicles are bouncing over rocks and ravines in Baja 1000 race.

Adam's younger brother JOSH gets an eyeful of his mud-caked sibling. JOSH is a fifteen-year-old imp.

                    JOSH
        Holy moly, what happened to you?!

Adam's DAD sees him. The DAD, NICK NOBLE looks like he was once very dashing, physically powerful, raw-energy-exuding man, but is now pale, disheveled, weary-looking, weight-of-the-world on his stooped shoulders. He is drunk.

                    DAD
                    (seeing Adam's head-to-
                    toe mud)
        Where the hell have you been?

                    ADAM
        I quit my job, Dad.

                    DAD
You wha--

                    ADAM
I'll get another job, Dad. And maybe Josh
could get a paper route or mow some
lawns--

                    DAD
Josh has to study. He's smart. He's going
to college.

                    ADAM
Well, then, Dad, maybe YOU could get a
job! You ever thought of that?

Adam heads out of room in anger, but his drunken dad
grabs him and slaps him across the face.


                    DAD
Don't ever talk to your father like that!
Show respect for your parents!

                    JOSH
Dad!

                    ADAM
Respect! Respect, Dad? You always taught
me a person had to *earn* respect with his
actions!

                    DAD
Adam, Adam, I'm really sorry I hit you. I
don't know what came over me--

                    ADAM
The accident came over you, Dad!

                    JOSH
Stop, Adam!

                    ADAM
You killed Mom and you ruined our lives!

                    DAD
(covers ears) No, no--

>                    JOSH
>          --it wasn't your fault, Dad! A drunk
>          driver hit you -- there wasn't anything
>          you could do--

>                    ADAM
>          You couldn't finish the race, you gave
>          up,tossed in your life.  But why'd you
>          have to destroy her, and us, too, Dad?

>                    DAD
>          I didn't give up -- I promised your
>          mother I'd quit after that Baja. She
>          wanted me to stop before someone got
>          hurt--

Pained silence for all three. Then,


>                    ADAM
>          Look at you, look at you! You can't even
>          keep a real job now that you're scared to
>          get behind a wheel--

>                    JOSH
>          Knock it off, Adam!

>                    DAD
>          I'm not scared.  It's not like that,
>          Adam--

>                    ADAM
>          --you're pathetic. I'll never be like
>          you!

Adam leaves room. Dad sinks into chair, head between
hands.

>                    JOSH
>          Hey, Dad. It's okay...

INT. ADAM'S BEDROOM - NIGHT

Car and truck and SCORE racing posters on walls. The
race driver in one color poster, standing in a yellow
suit, holding helmet, looks vaguely familiar: a tanned,
powerful, radiant man. A "NICK NOBLE" signature is
imprinted across the bottom of the poster.

An agitated ADAM slams the door, smashes it with his fist, then leans his head against the door, motionless for a moment.

Then, he paces, picking up from the dresser a grip-strengthening device. He squeezes it, tensing and releasing, tensing and releasing his fist.

Realizing he is still covered with mud, he tears off his clothes and throws them into a laundry hamper. He has a beautiful golden, lithely-muscled body.

Wearing white boxer shorts with black musical notes on them, mud on face and arms still, he picks up his saxophone and plays an *incredibly sad, painful, haunting tune.*

Calmer now, Adam lies on bed, picks up photo of Mom (same face as portrait with flute). As he looks at Mom's face with posters in background, he sees Mom's face in a race setting, and remembers....

EXT. FINISH LINE IN INTERNATIONAL CHALLENGE RACE IN EUROPEAN MOUNTAIN TOWN - DAY

Out-of-doors, crowds gather in streets of small town at finish line and are cheering as Adam's dad brings a truck flying down the mountain side over steep and jagged trails. Mom's face radiant with excitement and pride. Two young boys, Adam and Josh, beside her cheering.

                    SPORTS
                    COMMENTATOR
          ...and Nick Noble finishes with the best
          time, putting the American team in FIRST
          PLACE. The American team has won the
          annual International Challenge, one of --
          --the most gruelling off-road race in
          world!

Everyone in family, in crowd, hugging and cheering.

                    SPORTS
                    COMMENTATOR
          Nick, how're you feeling?

                    DAD
           Like I've been in an 18 hour plane crash
           -- hey, there's my family! Boys, Jenny
           come over here!

Boys run over and climb into vehicle with Dad. Dad
climbs out to grab and kiss Mom, so Adam slides in
behind the wheel, taking his Dad's place, beaming with
pride.

                  SPORTS
               COMMENTATOR
           Accepting the trophy on behalf of the
           American team is Nick Noble--

Dad holds up trophy with one arm, other around wife,
boys run to his side; the trophy arm goes around Adam's
shoulder as cameras snap photos.

INT. ADAM'S ROOM - NIGHT

Adam is looking at that photo. TV's going in background
with Baja race.

               VOICE OVER
           Yes, this race has certainly changed in
           the last 27 years. From the days of the
           patched-together Dune Buggies to today's
           Hummers and professional drivers. But
           there's good news for all you amateur
           enthusiasts and those of you nostalgic
           for those good old days of racing. This
           summer will be the first Amateur Baja
           1000--

                  ADAM
           I'm goin' to show 'em Adam Noble is
           no loser. They'll see who Adam
            Noble really is.

INT. ADAM'S HOUSE - DAWN

Sound of DOORBELL RINGing wakes Adam.


                    ADAM
        Oh, jeez. Overslept. Gotta get my car.

Adam pulls on Levis on the run and leaps down stairs
several  at a time.

He accidentally collides with JOSH who enters to open
front door for three friends.

                    JOSH
        Hi, guys, come on in.

                    ADAM
        (Whispers, indicating pigsty living room
        and *DAD snoring loudly on couch*)

                    ADAM
        Uh, Josh, can't they wait outside? It's
        kinda embarrassing...

FRIENDS, standing outside on doorstep, spot ADAM.

                    FRIEND ONE
        Hey, look, it's Mud Man!

                    FRIEND TWO
        Heard about your glorious run last night!
        Following in your father's footsteps,
        huh? (Laughter)

ADAM moves like he's going to hit FRIEND TWO, but JOSH
steps between.

                    DAD
        (in hoarse voice)
        You boys go on now. Josh'll be along
        soon.

                    FRIEND
        (Uneasily, realizing DAD might have heard
        barb) Sure, see ya, Josh.

                    ADAM
        (under breath) Punks.

ADAM exits room through swinging door into kitchen.

> DAD
> Josh, how can you be friends with people
> who insult you?

> JOSH
> Then, I wouldn't have *any* friends --
> like Adam.

> DAD
> Don't you have any pride?  (ironic from
> unshaven, unkempt, rumpled man)

> JOSH
> They don't mean anything by it, Dad.
> They're just kidding around--they don't
> know what they're doing. . .

DAD stands up straight and powerful-looking, a hint of
the former man.

> DAD
> If they're really that stupid, YOU need
> to let them <u>know</u> what they're doing.

> JOSH
> (surprised by DAD's uncharacteristic --
> of late -- strength) Uh, sure, Dad.

JOSH exits through swinging door into kitchen.

DAD thrusts arm out, deliberately striking and levelling
-- like a line of dominoes -- the row of trophies on the
coffee table.

INT. ADAM'S KITCHEN - MORNING

Dirty dishes piled in sink and on counter. Paper bags
full of beer cans.

Refrigerator door is open. Inside are only beer cans,
Coke bottles and several wrappers with leftover fast
food.

ADAM is standing upright inside open refrigerator,
facing out toward JOSH as he enters kitchen, eyeing his
brother.

He is wearing Levis, top button not yet fastened in his
earlier haste, barechested, barefooted, drinking a
bottle of Coke.

ADAM stares hard at his brother.

          ADAM
    You think they're right, don't you?
    That's why you let 'em get away with
    it...

          JOSH
    Wha--?  They're not bad guys. Hey, why
    don't you walk to school with us?

          ADAM
    Cause I don't like them. And they don't
    like me.

ADAM walks to counter and starts thumbing through yellow
pages.

          ADAM
    What's the name of Rex's garage? Maybe
    he'll tow me out this morning.

          JOSH
    Pro Truck and Jeep Machine Shop. But you
    better not be late for school or the you-
    know-what'll hit the fan.

ADAM finds and dials phone number.

          ADAM
    (To Josh) Oh, shit, I forgot! (Then,into
    phone) Yessir, this is Adam Noble. Is Mr.
    Cruz there?

EXT. CONSTRUCTION LOT WHERE ADAM'S CAR IS IN MUD -
MORNING

Adam and Rex pull up in flatbed truck with tow crane on
back and "PRO TRUCK AND JEEP" painted on side.

REX is middle-aged like DAD, looks like congenial,
hardworking fellow with grease-stained hands.  He is
extremely overweight with a huge belly.

Nothing is left of Adam's car but the frame--it has been
completed stripped--not that any of the parts had any
worth -- it's pure vandalism, destruction for the "fun"
of it.

                    ADAM
        Oh, nooooooo

                    REX
        Tough luck, Adam.

Adam gets out of truck, looking dazed, stunned, wanders
back and forth.

                    ADAM
        Why? WHY?! It's so pointless. . .

                    · REX
        Bad break, kid.


ADAM picks up broken bricks and starts hurling them.

                    ADAM
        You bastards, you bastards! I have
        nothing, nothing, nothing, nothing left.
        That stupid car.. . . was all I had . . .

                    REX
        Com'on, kid, better get to school before
        you're late--

                    ADAM
        How am I going to look for a job? Get to
        work? I gotta earn money for the
        mortgage, to eat--

REX gets out of truck and puts arm around boy. ADAM
collapses against him, sobbing.

                    REX
        Take it easy, there, son...

                    ADAM
         I'll NEVER be able to afford another car
        (mumbling almost inaudibly now) no way to
        get another car--

                    REX
        Hey, haven't I known you since you
        toddled around my shop, fooling with my
        wrenches, while your dad and I worked?

                    ADAM
        Yeh.

                    REX
        Well, don't you think old Rex could help
        you out here?

                    ADAM
        We're in too deep. I don't know how
        anyone can help this family--

                    REX
        You git on to school, now, and I'll take
        care of this fossil.

                    ADAM
        (Pulling some crumpled up bills out of
        his jeans pocket) Here, Rex, this outta
        take care of it--

                    REX
        What're you crazy, Kid--I don't want your
        money! Give me a call after school, OK?

                    ADAM
        (Looking at watch) Oh, God, school! I
        gotta run! Thanks, Rex.

Adam starts running as fast and hard as he can.

EXT. BUSY STRIP MALL STREET - MORNING RUSH HOUR

As Adam runs along the street toward school, the Ram
pulls up along side him. Craig,driving with one hand on
wheel, leans across Angela to taunt Adam as he runs.

                    CRAIG
        Look! It's the Swamp Thing from the Black
        Lagoon!

                    ANGELA
        Oh, leave him alone, Craig.

                    CRAIG
          Guess you whipped my ass last night, huh?

                    ADAM
          (puffing) Go to hell.

                    CRAIG
          What?! I was just going to offer you a
          ride to school.

ADAM keeps running and ignores them.

                    ANGELA
          You'd better take the ride, Adam. The new
          principal is suspending people for too
          many tardies...

ADAM looks startled and very worried, stops running. The
Ram stops.  ANGELA opens door for ADAM.

ADAM is getting in, when CRAIG floors it and sends ADAM
flying through the air, crashing down on the pavement.

ANGELA shrieks and closes door to prevent herself from
falling out, looks back at ADAM, as CRAIG drives off
laughing.

EXT. BEHIND PUBLIC HIGH SCHOOL PARKING LOT - MORNING

CRAIG stands nervously behind fence while SHADY-LOOKING
CHARACTER counts fifty dollar bills Craig has given him.

                    CRAIG
          Hurry up, man, I'm late. If my dad hears
          from the school, he takes the truck away.

                    SHADY-LOOKING
          --seven-fifty, eight hundred.Here's your
          weed.

                    CRAIG
          (Smells it) What is this crap? I paid for
          two ounces of Killer Green Bud. This is
          all wood.

                    SHADY-LOOKING
          Don't get excited. I've been having
          trouble with my Humboldt connection--

                    CRAIG
          Well, you better deliver--

                    SHADY-LOOKING
          --but I got a new Mexico connection lined
          up for some great Acapulco Gold--

                    CRAIG
          When? When're you gonna have the good
          stuff--

                    SHADY-LOOKING
          Soon, soon--

                    CRAIG
          Oh, shit, there's the bell. I'll see YOU
          Friday night, right?

                    SHADY-LOOKING
          (fingering the money) Sure, sure.


INT. PUBLIC HIGH SCHOOL CLASSROOM - DAY

Physics class is in session. Kids turn and stare as ADAM
limps achingly in. His arms are scraped up, his clothes
dirty with pavement burns in them. But he walks tall,
eyes flashing.

                    TEACHER
          Well, Adam Francis Noble.

Black male TEACHER looks startled when he takes in
Adam's accident-obvious condition, then recovers.
[Teacher has distinguished bearing and speech, like
James Earl Jones]

                    TEACHER
          Do you have an Admit pass?

                    CRAIG
          (To the other kids) Francis! What kinda
          fag name is that?

                    ADAM
        No, sir. If I report to the office, I'll
        be suspended [for too many tardies], and
        miss finals.

                    CRAIG
        (softly) Franny, Franny, Franny!

                    ADAM
        If I miss finals, I won't graduate . .
        .(grits teeth) I refuse to be a DNF.

                    TEACHER
        DNF?

                    ADAM
         "Did Not Finish", sir, a race term.

        TEACHER considers this quietly a moment.

                    TEACHER
        You may not pass this class, anyway, Mr.
        Noble. I suggest you try to get some
        sleep at night, and stay awake during
        Physics for a change.

                    CRAIG
        (taunting) Franny the DNF.

                    ADAM
        (Takes seat) Yes, sir.

                    TEACHER
        (Returning to lesson at blackboard) And a
        tutor wouldn't hurt you either. . .

                    ANGELA
        (In seat next to Adam's, leans over and
        whispers) I'll help you, I'm getting an
        "A"--

                    ADAM
          --alright--

                    ANGELA
        --are you okay? That was a terrible fall,
        I was scared. You don't look too good...

                        ADAM
               (Smiles. The first we've seen his
               wonderful, engaging smile) Thanks.

                        CRAIG
           Hey, Franny, wanna race? Ha, ha.


EXT. SCHOOL YARD - DAY

ADAM comes out of building, still-accident-scarred, to
see a fray going on. JOSH and FRIEND are wrestling on
ground, beating on each other, while a circle of kids
around them chants "Fight, fight, fight!"


                        ADAM
           I don't believe this day...

ADAM drops books and runs over.

                        JOSH
           Take that, you snot-faced brat!

                        ADAM
           Alright, alright, break it up!

ADAM pulls JOSH off the other kid, and drags him off.
Josh has a bloody nose.

                        JOSH
           Next time you won't get off so easy. Next
           time -- I'm gonna kill you!

                        ADAM
           Whoa, is this my happy-go-lucky brother,
           Mr. Popularity? You've never been in a
           fight in your life. What's going on?

                        JOSH
           That son-of-a-bitch--

ADAM holds his ears like the three "Hear, See No Evil"
monkeys to tease JOSH for his uncharacteristic temper
and bad language.

                        ADAM
           Tsk, tsk.

                    JOSH
        --said the bank is taking away our house
        on the first of July if we don't make a
        payment--

                    ADAM
        (Brusquely) Forget it. How would he know.

                    JOSH
        Craig's dad is the VP at First Community
        and Craig told him--

                    ADAM
        (anguished) No!

                    JOSH
        Adam, he called me "Homeless"! He said
        he'd visit us in our cardboard box  --
        and bring the Gallo . . .


INT. PRINCIPAL'S OFFICE - DAY

Present are male Black Physics teacher, Josh's white
male baseball coach, female Filipino principal. Coach
shakes Nick Noble's hand as he enters.

                    BASEBALL COACH
        Mr. Noble, a REAL pleasure to meet you. I
        used to follow your career--

                    DAD
        --Thank you--

                    BASEBALL COACH
        --I have a little 4X4 of my own that I've
        taken to--

                    PRINCIPAL
        Mr. Noble, we've asked you to come in
        because these gentlemen have some
        concerns about your sons.

                    TEACHER
        Yes, Adam appears to be under undue
        stress, overworked, not sleeping--I can't
        tell. But he's frequently late or tardy,
        sleeps in class, and today he came in
        looking like he'd been hit by a truck.

                        DAD
        He worked nights--

                      TEACHER
        Well, he's an earnest young man and I'd
        like to see him doing better.

                    BASEBALL COACH
        Last year, Josh was my only frosh on
        Varsity and I thought I had a real winner
        in him.

DAD swells with pride.

                    BASEBALL COACH
        But, this year, he's not performing. Lost
        weight, can't concentrate on his game.
        And, now, this fight today -- out-of-
        character for him . .

                        DAD
        He didn't tell me--

                    BASEBALL COACH
        That boy had promise. I'd hate to see him
        go down the tubes -- but he's on a fast
        skid now.


                        DAD
        Well, I appreciate your letting me know--

                      PRINCIPAL
        Mr. Noble, would you like me to call
        Child Social Services and find a
        placement for your boys while you, um--
        (searching for a euphemism for "sober
        up") get through this, er --- *grieving
        period* and back on your feet?

                        DAD
        That's not necessary-

                    BASEBALL COACH
        (Very ill-at-ease to see a hero
        humiliated) Well, I gotta get to
        practice! Say, you wouldn't mind
        autographing this poster for my boy,
        would you?

A stunned Nick signs with the mechanical roteness of
someone who's done it hundreds of times. Coach leaves,
Nick finds his voice.

             DAD
     My boys and I will handle this on our
     own. Good Day, Mrs. Falala, Mr.
     Armstrong.

             PRINCIPAL
     I'm sorry, Mr. Noble, but if we don't see
     some changes quickly, I'll have to make
     that call...

NOBLE stares at her, then leaves, slamming door behind
him.


EXT. WOODSY HILLTOP OVERLOOKING CITY - SUNSET

ANGELA AND ADAM sitting on grass, studying. Angela's
bright red Suburban truck is in the background.

They stop studying to watch the sun set behind the city
below.

             ANGELA
     Don't worry about the final. You'll do
     fine.

             ADAM
     Thanks for the coaching. Relating it to
     cars sheds a whole new light on the
     subject of physics!

             ANGELA
     I'm breaking up with Craig after the
     prom. . .

ADAM tenses at the mere mention of the name.

             ANGELA
     Why's he call you Franny?

             ADAM
     That's my middle name. "Adam Francis"
     means "Free Man."

>                    ANGELA
>          That's beautiful. . .

>                    ADAM
>          Well, my mom liked Old *Francis* Sinatra.
>          (Chokes back tears while staring out at
>          horizon.) See, I even have this corny
>          tape of hers. (Eyes wet as he pulls
>          cassette from back jeans pocket.) Dumb,
>          huh?

>                    ANGELA
>          Not at all! Let's play it!

Angela bounces over to her truck and puts cassette into
tapedeck. ADAM admires her bottom in her cut-offs as she
bends into truck.

She turns and beams at him, as the music blasts out the
truck door on her expensive sound system. Sinatra sings,
"I Did It My Way."

After watching her bottom, and then her breasts as she
returns, ADAM tries not to show his arousal as ANGELA
sits down very close to him, her long, bare legs
touching his Levis, brushing against his bare arm.

>                    ANGELA
>          It's so pretty up here, you wouldn't know
>          how bad it is down there.

>                    ADAM
>          I'm sick of this place, of all the
>          trouble, of all the people here--

>                    ANGELA
>          Gee, thanks

>                    ADAM
>          (Smiles and reaches for her hand) Except
>          you, of course.  You're my only friend...

>                    ANGELA
>          I can't stand the way those kids treat
>          you--(holds his hand tightly)

>                    ADAM
>          That'll change. It's all gonna change
>          after June. I'm going to Baja.

28

                    ANGELA
Where?

                    ADAM
Baja, Mexico. (Holds both her hands
excitely.) I'm going to win the hardest
race in the world. The Baja.
Then, we'll see how people treat me.

                    ANGELA
What's "the Baja?"

                    ADAM
A different world from here. A man's
world. Not an urban pisshole of spoiled
babies who think they're tough because
they have money or guns . But where men
are tough because of the stuff they're
made of.

                    ANGELA
Adam, what are you talking about?

                    ADAM
A thousand miles -- (smiles) well,
actually 767 miles -- of the most rugged,
most remote terrain imaginable.

                    ANGELA
So?

                    ADAM
This year they're having a Baja 1000 race
for Amateurs!

                    ANGELA
Oh, I think I'm getting it--

                    ADAM
  Somehow, someway, I'm going to be in
that race, Angela. And I'll win. I'll
show everyone! (Hugs her excitedly)

They hug excitedly, then realize they are holding each
other, and become sensually affected: they stare at each
other shyly, tenderly, longingly, then become awkward
and part.

ADAM paces, leans against tree looking over city lights
twinkling on, restlessly starts back toward ANGELA to
kiss her, but she doesn't notice his resolve--

                    ANGELA
          Well, I'd better get home. It's getting
          dark.


INT. REX'S SHOP - DAY

REX works underneath a vehicle up on a rack. He talks
matter-of-factly to ADAM, without looking at him.


                    ADAM
          I don't want any handouts. I'll pay you
          back every cent. You know I always pay my
          debts--

                    REX
          A car for work is one thing. The Baja is
          something else again.

                    ADAM
          I *have* to run this race!

                    REX
          It's no man's land out there.
          You don't know what you're getting into.

                    ADAM
          Hell! If Dad could do it, I can do it!

                    REX
          You're not your father--

                    ADAM
          Damn straight--I'll never be like him!

                    REX
          Why is this so all-fired important to
          you?

                    ADAM
          Look, Rex, I didn't want to tell you, but
          we're going to lose our house--

                    REX
                        (stops working)
        I didn't know--

                    ADAM
                        (cont)
        --and Josh could get sent to a foster
        home--

                    REX

        Whew....

                    ADAM
        I'm gonna win that purse, pay the
        mortgage. [When I graduate, I'm gonna
        leave this town, not in disgrace, but
        with my head held high.] I'll prove to
        everyone I'm no loser!


                    REX
        I'll help you out--

                    ADAM

        Yes!

                    REX
                        (cont)
        --if you get your old man's okay.

                    ADAM

        Shit, Rex!

                    REX
        It's too dangerous.  I can't help ya
        unless I hear from your dad.


EXT. SIDEWALK ON DOWNTOWN STREET - LATE DAY

A street of small businesses, nice restaurants, pleasant
bar-and-grills.

Across the street is a large, garden-like park.

ADAM strides purposefully, impatiently down street,
peering through windows and front doors into bar-and-
grills and restaurant lounges.

EXT. CAR RACE TRACK - LATE DAY

Noise of engines and announcers.

Through windows of announcer's booth, we can see but *cannot hear* interior sounds, as DAD speaks to men.

They pause, *shake heads no*, then grab microphone and continue shouting over exterior sound system.

EXT. SIDEWALK OF TOWN - DAY

ADAM continues to walk down street, looking in bars for DAD.

INT. GREYHOUND BUS STATION MANAGER'S OFFICE - LATE DAY

The manager sits at an old desk, cigar in dirty ashtray, billows of smoke filling room.

Poster on wall behind manager has familiar logo and words, "Leave the driving to us."

Under the noise of announcements of departures and arrivals, we *cannot hear* DAD as he speaks to manager. Manager chomps on cigar and *shakes head no*.

EXT. DOWNTOWN SIDEWALK WITH POSH HOTEL - LATE DAY

ADAM continues to look for DAD. ADAM enters the hotel, walking rapidly past DOORMAN, who tries to stop him for his shabby attire.

INT. POSH HOTEL LOBBY AND BAR - LATE DAY

ADAM walks through elaborate lobby, very out-of-place and attracting stares, yet with a confidence that says he was once at home in places like this.

ADAM approaches the bartender and asks something. Bartender *shakes head no*.

EXT. TRUCKING YARD - DAY

Over roar and rumble of big rigs, we *cannot hear* as DAD speaks to supervisor amid entering and exiting trucks. Supervisor shakes his head no.

EXT. PARK ACROSS STREET FROM DOWNTOWN SIDEWALK - LATE
DAY

A man is sleeping on a park bench with a bottle in the
outstretched arm which hangs on the ground. We cannot
see face, but it looks like NICK NOBLE.

ADAM rouses the man, shouts "Dad", but the man turns and
*shakes his head "no"*. It is not Nick.

EXT. AVIS RENT-A-CAR LOT - EARLY EVENING

Large sign across office building reads, "We Try
Harder."

We can see through glass front of office, but *cannot
hear*, as DAD speaks to woman behind counter. She *shakes
her head no*.

EXT. DOWNTOWN SIDEWALK - EARLY EVENING

ADAM walking slowly, discouraged, frustrated, still
looking into bars and restaurant windows for DAD.

                    ADAM
          Where IS he when I need him?!

INT. BAR OF NICE RESTAURANT - EARLY EVENING

Bar walls are tastefully covered with framed photos of
the owner with all the celebrities who have been there.
Among the celeb photos is one of Nick Noble.

NICK NOBLE sits at bar with folded newspaper in front of
him, open to want ads with ink circles and lines drawn
on it. A number of empty glasses indicate he has had
plenty to drink.

Bartender gives Nick another drink.

                    DAD
          (Slurred) Gotta get work -- or I'm gonna
          lose my house and my boys. Couldn't bear
          to lose my Josh.

ADAM has found his DAD. Heard this as he walked in. His
face registers the pain. He stops. DAD doesn't see him.

                    BARTENDER
Why don't you make a comeback, Nick?

                    DAD
Can't.

                    BARTENDER
You're not too old: Ivan Stewart's still
on top and you guys are about the same
age.

                    DAD
Promised my wife...(Takes very tattered,
creased photo out of wallet.) See, isn't
she beautiful...?

                    BARTENDER
(gently) Nick, she's gone...


                    DAD
A *man* always keeps his word.

                    ADAM
Dad, I need to talk to you. (To
bartender) How're you doing, Mr. Soto?

                    DAD
You don't belong in a bar, Adam.

                    ADAM
Dad. I have to put together a truck, and
Rex will help me with your OK

                    DAD
(uninterested) What d'you need a truck
for?

                    ADAM
The Baja.

                    DAD
(Drink glass slips from drunk-fingers
onto floor and breaks)

NICK's body language speaks of the flash of bad
memories, all the associated losses (reputation, wife,
career, maybe house and kids), the shock and
incomprehensibleness of his child in the race.

It is too jarring, too absurd to contemplate. NICK
laughs hysterically, as only someone who has had too
much to drink does.

                DAD
     Soto, did you hear that? My 17-year-old
     thinks he's gonna drive the Baja!!!

Nick slips off stool laughing. ADAM is unamused, holds
his ground. Soto disappears.

                ADAM
     There's a race for amateurs this year,
     Dad, and I'm gonna do it.

DAD gets back onto stool, still chuckling.

                DAD
     Soto, another drink! (to replace broken
     one) Get real, son. You've never been in
     ANY race. You don't *start* with Baja.
     (Thinking of an even better joke) You
     don't even know HOW to DRIVE off-road!

Adam calmly takes glass away from Dad and stares at him,
swallowing his disdain and eating his pride for this
one.

                ADAM
    Then maybe you could teach me.

Realizing that Adam is serious, Nick stops chuckling. A
gamut of emotions cross his face as he momentarily
considers all the ramifications of what Adam is asking.
Then--

                DAD
     No. Uh-uh. You're a dreamer. That terrain
     is not for kids.

                ADAM
     I'm growing up -- FAST. Too fast. Open
     your eyes, Dad.

                DAD
     Forget it, Adam.

                ADAM
     The purse is $10,000 and we need it.

DAD is silent: subject is closed.

> ADAM
> If you won't help, just tell Rex it's OK
> -- so I have a truck.

> DAD
> No. And that's final.

> ADAM
> I WILL go, Dad.  Whatever it takes.

As ADAM walks out through the common bar/restaurant
waiting area, two of JOSH's three FRIENDS are there,
with dinner-dates, in tuxedoes, evening dresses and
corsages.

> THIRD FRIEND
> Hi, Adam, looks like you're all set for
> the prom!

> SECOND FRIEND
> Oh, he's on his way to pick up his tux --
> at the Salvation Army!

> THIRD FRIEND
> But he better skip the wingtips and stick
> with walking shoes -- since no one in his
> family *drives* anymore!

EXT. POSH HOTEL - EVENING

Same hotel Adam passed earlier, by restaurant/bar.

Hotel is lit up with prom activity.

EXT. PARK - EVENING

Same park Adam passed earlier, across street from
restaurant/bar and hotel.

ADAM sits on park bench in dark across the street
watching prom activity, wearing his usual Levis and
white T-shirt.

ADAM squeezes and opens his fist, squeezes and opens his
fist around a small grip strength exercise device, with
a very worn wood handle and darkly tarnished metal. (He
quietly works this old,well-worn friend in scenes when
he is tense.)

ADAM gets up and starts walking--

EXT. HOTEL - NIGHT

Adam is walking past hotel as--

A white limo pulls up and Craig and Angela get out.

ADAM, standing in shadow, is dumbstruck by the sight of
ANGELA, in a very fitted, very short, lowcut white
dress. Illuminated by the bright foyer lights,she looks
like an angel (or maybe a modern Botticelli's *Venus*,
with long, dark tendrils blowing around the tender face
and figure of feminine perfection.) ANGELA notices him.

                    ANGELA
          Hi.

                    CRAIG
          Com'on. Why do you even talk to that
          loser?


INT. BALLROOM OF HOTEL - NIGHT

Prom looks like the dance scene from *West Side Story*
with Black students congregated along one wall,
immigrant Vietnamese along another, the more "elite"
sansei Yuppie Japanese and Chinese in their own gaggle,
Latinos in another, and whites clumped together. There
is also a small, ethnically-mixed group of Preppy,
monied kids, whom Craig and Angela join.

                    ANGELA
          (responding to Craig's question as they
          enter ballroom)
          I think he's nice.

                    CRAIG
          Hey, how're ya doing? (Craig high-fives
          or shakes hands with the other guys in
          his crowd.)

                    ANGELA
          Besides he's not a loser. And he's going
          to--

                    CRAIG
          Let's dance.

They dance.

                    ANGELA
          And he's going to win a race in Mexico to
          prove it.

                    CRAIG
          (Very interested) What's this?

                    ANGELA
          The Jaba, or something.

                    CRAIG
          The Baja? (Angela nods.) You're shitting
          me!

                    ANGELA
          No, that's what he said.

                    CRAIG
          Bullssssshhhit. That little lizard isn't
          driving any Baja.

                    ANGELA
          Uh-huh.

                    CRAIG
          Angela, Baby, The Baja is the baddest
          race on earth. Even the guy's dad, who
          was HDRA Overall, holds all the time
          records, twice Driver of the Year and SIX
          TIMES SCORE WORLD CHAMPION, six times! --
          even a dude like _that_ couldn't finish the
          Baja a couple years back!

                    ANGELA
          Wow...

                    CRAIG
          His punk kid is NOT going to any Baja,
          Baby.

                    ANGELA
          Well, I don't know...

                    CRAIG
          It's Hell. It's sand in your face, and
          120 heat, and bouncing til your teeth
          fall out, mountains, ravines, windstorms,
          -- SHIT--you're gullible.

                    ANGELA
          But there's one for amateurs this year...

                    CRAIG
          Really?

ZACK comes up to CRAIG and whispers something.

                    CRAIG
          'Scuse me a while, Baby? I've got some
          business to take care of.

CRAIG goes outside through fire exit door. Leaves it
open.

ANGELA gets some punch, looks up to see ADAM outside
dark doorway. She runs over happily.

                    ANGELA
          What're you doing here?

ADAM shrugs. ANGELA pulls him inside while he resists.

                    ADAM
          (Smiling and embarrassed at the same
          time)  Hey, don't...I'm not dressed
          right...I was just...

                    ANGELA
          Dance with me.

She already has her arms around him.

                    ADAM
          Well, uh...maybe for a minute...

They slow dance without a word, holding each other
closely, moving rhythmically, Adam's hands sensuously
taking in the way Angela's body feels through the tight
dress.

EXT. HOTEL ALLEY - NIGHT

CRAIG, with ZACK following, approaches SHADY-LOOKING and
another TOUGH.

                    SHADY-LOOKING
                    (to Tough, doesn't see
                    Craig)
          I've got a connection in Mexico for
          Acapulco Gold--

CRAIG overhears and pushes ZACK back into the shadows to
listen without being seen.

                    SHADY-LOOKING
                    (cont)
          --50 pound blocks for $300 a pound!--*if*
          I buy at least 4 blocks. Front me the 60
          grand and we'll make a killing!

CRAIG'S eyes get huge. He looks at Zack and mouths,
"Three hundred dollars a **pound**!"


                    TOUGH
          My money doesn't go without me. Tell me
          where, and I'll *meet* you there.

                    SHADY-LOOKING
          June 30th, Sea of Cortez, 100 miles south
          of San Felipe. You'll know the beach by
          these big rock arches....

SHADY looks at watch.

                    SHADY-LOOKING
                    (cont)
          Where's that fuckin' kid? I ain't waiting
          any longer.

The DRUG DEALERS leave.

                    CRAIG
          Jesus, Zack, y'hear that?! I pay that
          bastard three hundred dollars an *ounce*!
          I'm really pissed!

CRAIG and ZACK head back inside.