IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kathleen C. Campbell, | NO. C 09-03005 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| The Walt Disney Company, et al., | |
| Defendants. | |

    Pursuant to the Court's May 7, 2010 Order Granting Defendants' Motion to Dismiss With Prejudice, judgment is entered in favor of Defendants The Walt Disney Company, Walt Disney Animation Studios, Disney Press, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, and Pixar Animation Studios, against Plaintiff Kathleen C. Campbell.

    Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: May 7, 2010

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Louis Peter Petrich lpetrich@lpsla.com

Kathleen C Campbell
207 West Los Angeles Ave., # 273
Moorpark, CA 93021

**Dated:  May 7, 2010**                                  **Richard W. Wieking, Clerk**

                                                         **By:      /s/ JW Chambers            **
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

United States District Court
For the Northern District of California